UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA       :

   - v. -                      :

TARIKE DILLON,                 :

               Defendant.    :

- - - - - - - - - - - - - - - - - -x

08 Cr.

**08 CRIM 699**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 29 2008

COUNT ONE

The Grand Jury charges:

On or about July 9, 2008, in the Southern District of New York and elsewhere, TARIKE DILLON, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about April 7, 2005, in New York Supreme Court, Bronx County, for Criminal Sale of a Controlled Substance in the Third Degree, in violation of New York Penal Law 220.39(1), a Class B felony, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm which previously had been shipped and transported in interstate commerce, to wit, a Glock Model 23 .40 caliber semiautomatic pistol.

(Title 18, United States Code, Section 922(g)(1).)

_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                                   United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

TARIKE DILLON

Defendant.

---

INDICTMENT

07 Cr.

(18 U.S.C. § 922(g).)

---

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*

Foreperson.

---

7/29/08 Filed Indictment Case assigned to Judge Baer. s/Mag Judge Katz